# In the United States District Court for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| PETER A. CASSINELLI, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:15-cv-89 |
| | * | |
| v. | * | |
| | * | |
| V.J. FLOURNOY, Warden, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's September 16, 2016, Report and Recommendation, (dkt. no. 18), to which Petitioner Peter Cassinelli, ("Cassinelli"), failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Cassinelli's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, and **DENIES** Cassinelli leave to appeal *in forma pauperis*. The Court **GRANTS** Respondent's Motion to Substitute Counsel in this case. (Dkt. No. 19.)

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 27 day of October, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA